is under the necessity of resentencing him within a reasonable time. If it fails to do so, the District Attorney is under a duty to make an application pursuant to article 78 of the Civil Practice Act for an order to compel the sentencing court to proceed with such resentencing and pronounce judgment (*Matter of Hogan* v. *Bohan,* 305 N. Y. 110). Here, we have been told, the term of imprisonment that might have been lawfully imposed has expired.

The order should be affirmed.

LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur in *Per Curiam* opinion; VAN VOORHIS, J., concurs in the result.

Order affirmed.

KATHERINE CUNNINGHAM, as Administratrix of the Estate of MICHAEL CUNNINGHAM, Deceased, Appellant, *v.* MARK RAFALSKY AND COMPANY, Respondent.

Argued November 20, 1953; decided January 15, 1954.

*Paul O'Dwyer* for appellant.

*Patrick E. Gibbons* and *William J. Magee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

ELIZABETH M. SHER, Appellant, *v.* CENTROTEX, LTD., Respondent.

Argued November 23, 1953; decided January 15, 1954.

